UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TANA RAE ANNE SHERLOCK,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No. 2:12-CV-5036-JTR<br><br>ORDER GRANTING JOINT MOTION TO ALTER OR AMEND JUDGMENT |

**BEFORE THE COURT** is the parties' joint motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59(e). ECF No. 17. Attorney David L. Lybbert represents Plaintiff; Special Assistant United States Attorney Daphne Banay represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 8.

After considering the file, and good cause appearing therefor, **IT IS ORDERED:**

1. The parties' joint motion to alter or amend judgement pursuant to Fed. R. Civ. P. 59(e), **ECF No. 17**, is **GRANTED**.

2. The judgment entered in this case on October 31, 2014, **ECF No. 16**, is **VACATED**.

ORDER GRANTING JOINT MOTION . . . - 1

3. Judgment shall be entered for **PLAINTIFF** in the manner provided by the parties in the proposed judgment submitted on October 31, 2014. *See* ECF No. 14-2.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED November 21, 2014.



_____
   JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING JOINT MOTION . . . - 2