UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TANA RAE ANNE SHERLOCK, | |
| Plaintiff, | No. **2:12-cv-05036-JTR** |
| v. | JUDGMENT FOR PLAINTIFF |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ORDERED AND ADJUDGED that the Commissioner's final decision after remand pursuant to sentence six of 42 U.S.C. § 405(g) (on file herein as an attachment to the parties' Stipulated Motion For Entry of Judgment, [redacted] Notice of Decision – Fully Favorable, dated August 27, 2014) is hereby adopted and entered into the record, and this matter is closed. Based on this fully favorable decision, judgment is entered for Plaintiff.

DATED:  November 21, 2014

SEAN F. McAVOY
Clerk of Court

By: _s/Tonia Ramirez_
        Deputy Clerk

**1 | JUDGMENT FOR PLAINTIFF**